IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANK KIZZAR,

       Plaintiff,

v.                                                                          No. CIV 08-1037 JB/CEG

BILL RICHARDSON, Governor of New Mexico;
GARY KING, Attorney General of New Mexico;
MARY HERRERA, Secretary of State for New
Mexico; SENATOR MARY JANE GARCIA; W.
KEN MARTINEZ, ARLINE ENGEL, ANIMAL
PROTECTION OF NEW MEXICO, INC.;
JOHN/JANE DOE (name unknown), ANIMAL
PROTECTION VOTERS, JUDGE JACK BAILEY,
JUDGE GARY L. KLINGMAN, LEA COUNTY
SHERIFF ROD COFFMAN, DEPUTIES GARY
HASSEN, MIKE TOVAR, BRAD RILEY, JEFF
GRAY-AFFIANT, BRANDON MOON, SARGENTS
JON MARTINEZ and JOHN GASKINS, JAL
POLICE OFFICERS DANIEL JUAREZ, JOSH
TERRELL and ADAM MONTEZ,

       Defendants.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on (i) the State Defendants' Motion to Dismiss Plaintiff's Amended Complaint, filed on September 22, 2009 (Doc. 39)("State Defendants' Motion"); (ii) Animal Protection of New Mexico's Motion to Dismiss Complaint, filed September 22, 2009 (Doc. 41)("Animal Protection's Motion"); and (iii) Defendants Sheriff Rod Coffman, Deputies Gary Hassen, Mike Tovar, Jeff Gray, Brandon Moon, Sergeant Jon Martinez and John Gaskin's Motion to Dismiss Plaintiff's Amended Complaint, filed September 29, 2009 (Doc. 42) ("County Defendants' Motion"). In a Memorandum Opinion and Order, filed on October 31, 2009

(Doc. 60), the Court granted the Defendants' motions to dismiss the Plaintiff Frank Kizzar's Amended Complaint.  The Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered,  that the Plaintiff's claims against the Defendants are dismissed.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

*Parties and Counsel*:

Frank Kizzar
Jal, New Mexico

    *Plaintiff pro se*

Gary K. King, Esq.
Scott Fuqua, Esq.
New Mexico Attorney General's Office
Santa Fe, New Mexico

    *Attorneys for Defendants Bill Richardson, Gary King, Mary Herrera, Mary Jane Garcia, W. Ken Martinez, Arlene Engel, Jack Bailey and Gary L. Klingman*

Alex K. Russell, Esq.
Russell Law Firm, P.C.
Albuquerque, New Mexico

    *Attorney for Defendant Animal Protection Voters*

Nathan H. Mann, Esq.
Harriett J. Hickman, Esq.
Gallagher, Casados, & Mann, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants Sheriff Rod Coffman, Lea County New Mexico, Deputies Gary Hassen, Mike Tovar, Jeff Gray, Brandon Moon, Sargents Jon Martinez and John Gaskin*